IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALDINE BODDIE,

   Plaintiff,

      v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-1688-TWT

ORDER

This is an action seeking review of the denial of Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending granting the Motion for Judgment Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 18]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion for Judgment Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 18] is GRANTED. This action is REMANDED to the Commissioner.

SO ORDERED, this 28 day of June, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\Closed\2004\Boddie\remand.wpd